209

(No. 75-CC-292— ▮▮▮▮▮▮▮▮▮▮▮▮▮)

KANKAKEE INDUSTRIAL SUPPLY, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed December 12, 1974.*

KANKAKEE INDUSTRIAL SUPPLY Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-312— ▮▮▮▮▮▮▮▮▮▮▮)

IBM CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 12, 1974.*

IBM CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.